# EXHIBIT A

```
Type of Work:       Text

Registration Number / Date:
                    TXu001930578 / 2015-03-21

Application Title: Bounce Exchange Client Application v1.0.0.

Title:              Bounce Exchange Client Application v1.0.0.

Description:        Electronic file (eService)

Copyright Claimant:
                    Bounce Exchange, Inc.

Date of Creation:   2011

Authorship on Application:
                    Bounce Exchange, Inc., employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: computer
                        program.

Pre-existing Material:
                    highlighted portions of code in deposit.

Basis of Claim:     computer program.

Names:              Bounce Exchange, Inc.

==============================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    TXu001930579 / 2015-03-21

Application Title: Bounce Exchange Client Application v2.0.0.

Title:              Bounce Exchange Client Application v2.0.0.

Description:        Electronic file (eService)

Copyright Claimant:
                    Bounce Exchange, Inc.

Date of Creation:   2012

Authorship on Application:
                    Bounce Exchange, Inc., employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: computer
                        program.

Pre-existing Material:
                    computer program, Preexisting program code in pending
                        application submitted 3/21/2015 for "Bounce Exchange
                        Client Application v.1.0.0, also highlighted portions of
                        code in deposit.

Basis of Claim:     computer program.

Copyright Note:     C.O. correspondence.

Names:              Bounce Exchange, Inc.
```

==========================================================================

```
Type of Work:         Computer File

Registration Number / Date:
                      TXu001931107 / 2015-03-26

Application Title:    Bounce Exchange Client Application v3.0.0.

Title:                Bounce Exchange Client Application v3.0.0.

Description:          Electronic file (eService)

Copyright Claimant:
                      Bounce Exchange, Inc.

Date of Creation:     2013

Authorship on Application:
                      Bounce Exchange, Inc., employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: computer
                         program.

Previous Registration:
                      2015, TXu001930578.
                      2015, TXu001930579.

Pre-existing Material:
                      computer program, highlighted portions of code in deposit.

Basis of Claim:       computer program.

Names:                Bounce Exchange, Inc.

============================================================================
```