```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
BOUNCE EXCHANGE, INC.,                 :    15cv3268 (DLC)
                                       :
               Plaintiff,              :        ORDER
                                       :
       -v-                             :
                                       :
ZEUS ENTERPRISE LTD.,                  :
                                       :
               Defendant.              :
                                       :
-------------------------------------- :
                                       :
ZEUS ENTERPRISE LTD. d/b/a YIELDIFY,   :
                                       :
               Plaintiff,              :    16cv3226 (DLC)
                                       :
       -v-                             :
                                       :
BOUNCE EXCHANGE INC.,                  :
                                       :
               Defendant.              :
                                       :
-------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2016

DENISE COTE, District Judge:

On June 27, 2016, the parties in the above-captioned actions advised the Court that they had reached a settlement in principle and requested a two-week stay of all activities and deadlines in both actions. The procedural posture of the two cases is as follows:

- **Bounce Exchange, Inc. v. Zeus Enterprise Inc.**, No. 15cv3268 (DLC): Per the scheduling order of February 1, fact discovery was originally to close on April 22, and expert discovery was to close on June 24. By memorandum

endorsement of April 6, the Court permitted the parties to adjust interim discovery deadlines on consent, so long as summary judgment motions were still fully submitted by August 26. At a teleconference on May 13, the Court ordered the parties to complete depositions by June 17. By memorandum endorsement of May 20, the Court permitted Bounce to depose Mr. Mohamed Ibrahim after the June 17 deadline so long as Bounce exercised reasonable diligence in procuring his deposition. By order of June 8, the Court extended the deadline for the submission of summary judgment motions until September 2. The parties have also been referred to mediation, which was to occur by July 15.

- **Zeus Enterprise Inc. v. Bounce Exchange, Inc.**, No. **16cv3226 (DLC)**: The Court referred the parties to mediation, which was to occur by July 15. By order of May 24, the Court stayed Bounce's obligation to answer or otherwise respond to the complaint pending the Court's decision on Bounce's motion to stay the action. The motion to stay became fully submitted on June 24.

It is hereby

ORDERED that all activities and deadlines in the above-captioned actions are stayed until July 11. The parties shall contact the mediation office and arrange for mediation to occur

in early August, in case the parties do not finalize their settlement.

IT IS FURTHER ORDERED that should the parties fail to formalize a settlement by July 11, the summary judgment motions in 15cv3268 remain due on September 2, 2016.

Dated:   New York, New York
         June 27, 2016

_____
DENISE COTE
United States District Judge