JOSHUA A. BERMAN
212.704.6198 telephone
212.704.6288 facsimile
joshua.berman@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
875 Third Avenue
New York, New York  10022
212.704.6000 telephone
troutmansanders.com

July 13, 2016

**VIA ECF**
Hon. Denise L. Cote
United States District Court Judge
500 Pearl Street, Room 1610
New York, NY 10007

> Re:   *Bounce Exchange, Inc. v. Zeus Enterprise Ltd. d/b/a Yieldify*,
>        **Civil Action No. 1:15-cv-03268-DLC**

Dear Judge Cote:

    This firm represents Zeus Enterprise Ltd. d/b/a Yieldify ("Yieldify") in the above-referenced action.  I write on behalf of all parties to update the Court on the status of the parties' pending settlement of the intellectual property disputes pending between them.

    The parties have a near-final settlement agreement in place.  The parties are negotiating the final deal points and expect to have an executed settlement by the end of the week.

                                                    Respectfully,

                                                  Joshua A. Berman

Cc: counsel of record via ECF