UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUNCE EXCHANGE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZEUS ENTERPRISE LTD., d/b/a YIELDIFY,<br><br>　　　　　Defendant. | Civ. No. 1:15-cv-03268-DLC |

**STIPULATED DISMISSAL WITH PREJUDICE
PURSUANT TO 41(a)(1)(A)(ii) FED.R.CIV.P**

Plaintiff Bounce Exchange, Inc. and Defendant Zeus Enterprise Ltd., d/b/a Yieldify, hereby give notice that this action, including the claims and counterclaims of each party, is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees and costs.

Dated: July 28, 2016

Respectfully Submitted,

TROUTMAN SANDERS LLP

By: _____
　Joshua A. Berman
　Susan L. Grace
　TROUTMAN SANDERS LLP
　875 Third Avenue
　New York, New York 10022
　Telephone: (212) 704-6000
　Facsimile: (212) 704-6288
　Joshua.berman@troutmansanders.com
　susan.grace@troutmansanders.com

Attorneys for Defendant
ZEUS ENTERPRISE LTD., d/b/a YIELDIFY

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
　Michael F. Autuoro (MA2932)
　Kristen McCallion (KM5593)
　FISH & RICHARDSON P.C.
　601 Lexington Avenue, 52nd Floor
　New York, NY 10022
　Telephone: (212) 765-5070
　Facsimile:  (212) 258-2291
　Email: autuoro@fr.com
　Email: mccallion@fr.com

Attorneys for Plaintiff
BOUNCE EXCHANGE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2016, the foregoing Stipulated Dismissal With Prejudice Pursuant to 41(a)(1)(A) Fed. R. Civ. P. was caused to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record registered with the CM/ECF system.

*s/Neil B. Ramsaroop*
Neil B. Ramsaroop