UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUNCE EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZEUS ENTERPRISE LTD., d/b/a YIELDIFY, <br><br> Defendant. | Civ. No. 1:15-cv-03268-DLC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-2016

## STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO 41(a)(1)(A)(ii) FED.R.CIV.P

Plaintiff Bounce Exchange, Inc. and Defendant Zeus Enterprise Ltd., d/b/a Yieldify, hereby give notice that this action, including the claims and counterclaims of each party, is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees and costs.

Dated: July 28, 2016

Respectfully Submitted,

TROUTMAN SANDERS LLP

By: _____
Joshua A. Berman
Susan L. Grace
TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
Joshua.berman@troutmansanders.com
susan.grace@troutmansanders.com

Attorneys for Defendant
ZEUS ENTERPRISE LTD., d/b/a YIELDIFY

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
Michael F. Autuoro (MA2932)
Kristen McCallion (KM5593)
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
Email: autuoro@fr.com
Email: mccallion@fr.com

Attorneys for Plaintiff
BOUNCE EXCHANGE, INC.

So ordered.
_____
7/28/16

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2016, the foregoing Stipulated Dismissal With Prejudice Pursuant to 41(a)(1)(A) Fed. R. Civ. P. was caused to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record registered with the CM/ECF system.

*s/Neil B. Ramsaroop*
Neil B. Ramsaroop